**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TYRONDRICK DOBBS**                                                                           **PETITIONER**
**#06583-21**

**v.**                                            **Case No: 4:23-cv-01120-LPR**

**USA, et al.**                                                                              **RESPONDENTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 3).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice.  No certificate of appealability shall issue.  The Clerk is instructed to close this case.

IT IS SO ORDERED this 31st day of March 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] One technical caveat is worth mentioning.  The Court agrees with the RD that this Petition is moot.  Because there is no live case and controversy, the Court has no Article III jurisdiction here.  So, the dismissal must be without prejudice.