**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TYRONDRICK DOBBS**                                                              **PETITIONER**
**#06583-21**

**v.**                                        **Case No: 4:23-cv-01120-LPR**

**USA, et al.**                                                                   **RESPONDENTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice. No certificate of appealability shall issue.

IT IS SO ADJUDGED this 31st day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE